[No. 26442-4-III.  Division Three.  June 19, 2008.]

CHARLES WEBER ET AL., *Appellants*, v. ASSOCIATED SURGEONS, PS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-05183-6, Jerome J. Leveque, J., entered August 8, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J. Now published at 146 Wn. App. 62.

[No. 57779-4-I.  Division One.  June 23, 2008.]

*In the Matter of the Detention of* BENJAMIN BENTON, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-06706-1, Kenneth L. Cowsert, J., entered February 2, 2006. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Schindler, C.J., and Appelwick, J.

[No. 59159-2-I.  Division One.  June 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERTO ULLO MARTINEZ-LUIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07872-0, Paris K. Kallas, J., entered November 20, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59191-6-I.  Division One.  June 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THEOPHYLLIS T. ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06090-0, Laura C. Inveen, J., entered November 20, 2006. *Affirmed* by unpublished per curiam opinion.